IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02145-LTB

VIRGINIA C. JAMES-SCOTT,

    Plaintiff,

v.

REGIONAL TRANSP. DISTRICT,
DRIVER, Block #32, Bus #2849,
B. MEDINA,
G. ARBERLY, and
K. MCCRAVE,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 28, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 28 day of September, 2012.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/L. Gianelli
                          Deputy Clerk